MEEKS, Plaintiff, v. MEEKS et al., Defendants. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Edwin B. Meeks, as sole surviving executor, etc., against Joseph W. Meeks and others. No opinion. Motion to dismiss appeal denied, without costs.

MESEROLE, Respondent, v. MULLER, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) No opinion. Order affirmed, with $10 costs and disbursements.

MONTGOMERY v. BUFFALO RY. CO. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Edwin W. Montgomery against the Buffalo Railway Company. No opinion. Motion to amend the order so that it shall read as follows: "Judgment and order reversed on the exceptions, not on the facts." Granted. See 46 N. Y. Supp. 1097, and 48 N. Y. Supp. 849.

MOONEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by William E. Mooney against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 48 N. Y. Supp. 1109.

MORGAN, Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Andrew C. Morgan against John F. McDonald and another. No opinion. Judgment and order affirmed, with costs.

MULLIN, Respondent, v. BELDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Timothy Mullin against Alvin J. Belden and John A. Seely. No opinion. Order affirmed, with $10 costs and disbursements.

MURPHY, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 22, 1898.) Action by Eliza A. Murphy, as administratrix, etc., of Frank Murphy, deceased, against the Third Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

MURR, Respondent, v. WESTERN ASSUR. CO. OF CITY OF TORONTO, CANADA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Charles Murr against the Western Assurance Company of the City of Toronto, Canada. No opinion. Motion to amend the order, so that it shall read that the judgment and order were reversed on questions of law only, granted. See 48 N. Y. Supp. 757.

MYERS, Respondent, v. AHERNS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Joseph C. Myers against William G. Aherns and another. No opinion. Judgment and order affirmed, with costs.

MYERS, Respondent, v. BUDLONG, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by Athea J. Myers against Lucy Budlong. No opinion. Judgment and order affirmed, with costs.

MYERS et al., Appellants, v. WHEELER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by John P. Myers and another, as executors, etc., against Bradley P. Wheeler and another, impleaded, etc. No opinion. Motion denied. See 48 N. Y. Supp. 611.

NEUN, Respondent, v. ROCHESTER RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1898.) Action by George Neun as administrator, etc., against the Rochester Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except FOLLETT and GREEN, JJ., dissenting.

NILSSON, Respondent, v. DE HAVEN, Appellant. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Nils Nilsson against Hugh De Haven. No opinion. Orders affirmed, with $10 costs and disbursements.

OPPENHEIMER, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 25, 1898.) Action by Solomon Oppenheimer against the Manhattan Railway Company and others. J. T. Davies, for appellants. E. W. Tyler, for respondent. No opinion. Judgment affirmed, with costs.

PAGET et al. v. MELCHER et al. (Supreme Court, Appellate Division, First Department. April 7, 1898.) Action by Mary Paget and others against Ellen S. Melcher and others. No opinion. Motion granted as to both questions. See 47 N. Y. Supp. 244, and 49 N. Y. Supp. 922.